# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____ *Attorneys at Law* _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: JAN 1 3 2021

January 12, 2021
**SO ORDERED:**

_George B. Daniels_
**George B. Daniels, U.S.D.J.**

Dated: **JAN 1 3 2021**

**Via PACER**
Honorable George B. Daniels, D.J.
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:  **Ariza v. 723 Edibles, Inc. Et., Ano.**
Case No.: 1:20-cv-06330-GBD

Dear District Judge Daniels,

We represent Defendants 723 Edibles, Inc., Joseph Benmoha, and Solomon Benmoha and write on consent of Plaintiffs to request a three-week extension of time to file Defendants' answer, from January 15, 2021 to February 5, 2021, in contemplation of the ongoing settlement negotiations and consideration of arbitration.

Plaintiff Ariza and Plaintiff Policarpo entered into arbitration agreements with Defendants at the commencement of their employment. With consideration of these arbitration agreements the parties have been in discussions regarding both settlement and the possibility of arbitration and jointly request a three-week extension of time for Defendants to answer in order to facilitate resolution of this matter.

We thank Your Honor for your time in this matter. We are available to discuss if the Court has any questions.

Respectfully Submitted,

Anthony M. Alesandro, Esq.
Leeds Brown Law, P.C.
1 Old Country Road, Ste. 347
Carle Place, New York 11514
(516) 873-9550
aalesandro@leedsbrownlaw.com

Cc: All Counsel of Record (via PACER)